# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JENNIFER J. NICHOLS,

     Plaintiff,
                                          Case No. 19-cv-11398
                                          Hon. Matthew F. Leitman

v.

STAT RADIOLOGY MEDICAL CORPORATION,

     Defendant.

_____/

## ORDER (1) REQUIRING PLAINTIFF TO PROVIDE DATE FOR EXPERT DEPOSITION, (2) EXTENDING SCHEDULING ORDER, AND (3) TERMINATING PLAINTIFF'S MOTION TO COMPEL (ECF No. 27) AS MOOT

On October 26, 2020, the Court held an on-the-record video status conference in this action. For the reasons stated on the record during the conference, by no later than **5:00 p.m. on Wednesday, October 28, 2020**, Defendant STAT Radiology Medical Corporation shall provide Plaintiff's counsel a date for the deposition of expert witness Michael G. Costello.

In addition, the dates provided in the Court's current scheduling order (*see* ECF No. 19) are amended as follows:

1

| **EVENT** | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Expert Discovery Cutoff | October 18, 2020 | December 18, 2020 |
| Dispositive Motions and Challenges to Experts | November 15, 2020 | January 15, 2021 |
| Rule 26(a)(3) Pretrial Disclosures | March 18, 2021 | May 21, 2021 |
| Motions in Limine[1] | April 4, 2021 | June 4, 2021 |
| Final Pretrial Order | April 23, 2021 | June 25, 2021 |

Finally, Plaintiff's currently pending motion to compel (ECF No. 27) is

**TERMINATED AS MOOT**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  October 26, 2020          UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 26, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

---

[1] Response briefs to motions in limine are due 10 days after filing, but not later than June 14, 2021.  Reply briefs are due 5 days after responses are filed, but not later than June 21, 2021.