UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER J. NICHOLS,

    Plaintiff,

v.

                                    Case No. 19-cv-11398
                                    Hon. Matthew F. Leitman

STAT RADIOLOGY MEDICAL CORPORATION,

    Defendant.
_____/

**AMENDED[1] ORDER (1) REQUIRING PLAINTIFF TO PROVIDE DATE FOR EXPERT DEPOSITION, (2) EXTENDING SCHEDULING ORDER, AND (3) TERMINATING DEFENDANT'S MOTION TO COMPEL (ECF No. 27) AS MOOT**

On October 26, 2020, the Court held an on-the-record video status conference in this action. For the reasons stated on the record during the conference, by no later than **5:00 p.m. on Wednesday, October 28, 2020**, Plaintiff Jennifer J. Nichols shall provide Defendant's counsel a date for the deposition of expert witness Michael G. Costello.

In addition, the dates provided in the Court's current scheduling order (*see* ECF No. 19) are amended as follows:

---

[1] The Court initially entered this order on October 26, 2020. (*See* Order, ECF No. 29). In that order, the Court misidentified the party that filed the motion to compel the deposition of expert witness Michael G. Costello. This amended order corrects the errors related to that misidentification.

1

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Expert Discovery Cutoff | October 18, 2020 | December 18, 2020 |
| Dispositive Motions and Challenges to Experts | November 15, 2020 | January 15, 2021 |
| Rule 26(a)(3) Pretrial Disclosures | March 18, 2021 | May 21, 2021 |
| Motions in Limine[2] | April 4, 2021 | June 4, 2021 |
| Final Pretrial Order | April 23, 2021 | June 25, 2021 |

Finally, Defendant's currently pending motion to compel (ECF No. 27) is **TERMINATED AS MOOT**.

**IT IS SO ORDERED**.

Dated:  October 27, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 27, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

---

[2] Response briefs to motions in limine are due 10 days after filing, but not later than June 14, 2021.  Reply briefs are due 5 days after responses are filed, but not later than June 21, 2021.