# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JENNIFER J. NICHOLS,

   Plaintiff,                                         Case No. 19-cv-11398
                                                           Hon. Matthew F. Leitman

v.

STAT RADIOLOGY MEDICAL CORPORATION,

   Defendant.

_____/

## JUDGMENT

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

                                                                       KINIKIA ESSIX
                                                                       CLERK OF COURT

                                            By:     s/Holly A. Monda
                                                                   Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 7, 2021
Flint, Michigan